IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3114 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| SAMMY R. ENGLAND, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue his plea hearing, currently set for March 4, 2010, and for a status conference. Filing No. 17. The defendant is participating in a pretrial diversion program at this time. The government does not oppose defendant's motion.

IT IS ORDERED:

1) The defendant's motion to continue, (filing no. 17), is granted.

2) A status conference will be held before the undersigned magistrate judge on the 1st day of September, 2010, at 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant is ordered to appear at this hearing.

3) The Court finds the ends of justice served by continuing defendant's plea hearing to permit his completion of pretrial diversion outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 1, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 19th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge