IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3114 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| SAMMY R. ENGLAND, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the representations during the status conference held on September 1, 2010, and the defendant's apparent compliance to date with the terms of his pretrial diversion program, including full payment of restitution,

IT IS ORDERED:

1) The progression of this case is stayed during the pendency of defendant's pretrial diversion program, currently scheduled to be completed on February 10, 2011.

2) The Court finds the ends of justice served by allowing the defendant to complete pretrial diversion outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time period during which the defendant is participating in pretrial diversion shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 2nd day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge