IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3114 |
| | ) | |
| V. | ) | |
| | ) | |
| SAMMY R. ENGLAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the plaintiff's motion to dismiss indictment (filing 21) is granted. This case shall be dismissed without prejudice.

   DATED this 28th day of February, 2011.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        United States District Judge